**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-25634 |
| | § | |
| JENNIFER L SHALLOW | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>06/22/2013</u>. The undersigned trustee was appointed on <u>06/22/2013</u>.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                                    $10,554.18

     Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Bank service fees | $61.93 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $10,492.25 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing non-governmental claims in this case was <u>10/21/2013</u> and the deadline for filing government claims was <u>12/19/2013</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$1,805.42</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$1,805.42</u>, for a total compensation of <u>$1,805.42</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00,</u> for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>01/18/2014</u>          By:   <u>/s/ David E. Grochocinski</u>
                                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    1        Exhibit A

| | | |
|---|---|---|
| Case No.: | 13-25634-DRC | |
| Case Name: | SHALLOW, JENNIFER L | |
| For the Period Ending: | 1/18/2014 | |

| | |
|---|---|
| Trustee Name: | David E. Grochocinski |
| Date Filed (f) or Converted (c): | 06/22/2013 (f) |
| §341(a) Meeting Date: | 07/16/2013 |
| Claims Bar Date: | 10/21/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Checking Account Ending in: 7304 Location: Wells Fargo Bank | $26.76 | $0.00 | | $0.00 | FA |
| 2 | Checking Account Ending in: 8822 Location: Wells Fargo Bank | $703.69 | $0.00 | | $0.00 | FA |
| 3 | Ordinary Household Goods Location: 6N550 Central Avenue, Wood Dale IL 60191 Including: Couch, Coffee Table, Bed, 2 Dressers, 2 Night Stands, Desk & Chair, Hutch, 38" TV 6 yrs old, 19" TV 6 yrs old | $195.00 | $0.00 | | $0.00 | FA |
| 4 | Necessary Wearing Apparel Location: 6N550 Central Avenue, Wood Dale IL 60191 | $125.00 | $0.00 | | $0.00 | FA |
| 5 | Jewelry Location: 6N550 Central Avenue, Wood Dale IL 60191 Including: Thin Silver Chain Necklace, Small Diamond Stud Earrings, Costume Jewelry | $110.00 | $0.00 | | $0.00 | FA |
| 6 | Digital Camera Location: 6N550 Central Avenue, Wood Dale IL 60191 10 yrs old | $15.00 | $0.00 | | $0.00 | FA |
| 7 | 2013 Chevy Equinox Location: 6N550 Central Avenue, Wood Dale IL 60191 4,000 miles | $20,126.00 | $0.00 | | $0.00 | FA |
| 8 | Computer Equipment Location: 6N550 Central Avenue, Wood Dale IL 60191 Including: Laptop Computer 1 month old, Desktop & Printer 6 yrs old | $510.00 | $0.00 | | $0.00 | FA |
| 9 | Checking Account ending in: 7281 (u) | $21,108.37 | $21,108.37 | | $10,554.18 | FA |

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
| | $42,919.82 | $21,108.37 | | $10,554.18 | $0.00 |

**Major Activities affecting case closing:**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2        Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 13-25634-DRC | |
| **Case Name:** | SHALLOW, JENNIFER L | |
| **For the Period Ending:** | 1/18/2014 | |

| | |
|---|---|
| **Trustee Name:** | David E. Grochocinski |
| **Date Filed (f) or Converted (c):** | 06/22/2013 (f) |
| **§341(a) Meeting Date:** | 07/16/2013 |
| **Claims Bar Date:** | 10/21/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Funds turned over from bank account.

Waiting for claims bar date to expire.

Discussion with accountant re: need for returns. May be unnecessary.

Review of claims pending.

simple turnover of funds.  expect final by end of 4/14.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | |

| | |
|---|---|
| **Current Projected Date Of Final Report (TFR):** | 06/30/2014 |

/s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-25634-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SHALLOW, JENNIFER L | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2311 | Checking Acct #: | ******3401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/22/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/18/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/09/2013 | (9) | Wells Fargo | 50% Wells Fargo Checking account ending 7281 Compromise & Settlement ordered 8/16/2013 | 1149-000 | $10,554.18 | | $10,554.18 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $11.53 | $10,542.65 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $17.01 | $10,525.64 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $16.98 | $10,508.66 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $16.41 | $10,492.25 |

|  | | | | |
|---|---|---|---|---|
| TOTALS: | | $10,554.18 | $61.93 | $10,492.25 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| Subtotal | | $10,554.18 | $61.93 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $10,554.18 | $61.93 | |

| For the period of 6/22/2013 to 1/18/2014 | | For the entire history of the account between 09/09/2013 to 1/18/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,554.18 | Total Compensable Receipts: | $10,554.18 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,554.18 | Total Comp/Non Comp Receipts: | $10,554.18 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $61.93 | Total Compensable Disbursements: | $61.93 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $61.93 | Total Comp/Non Comp Disbursements: | $61.93 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No. | 13-25634-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | SHALLOW, JENNIFER L | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2311 | | Checking Acct #: | ******3401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/22/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/18/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $10,554.18 | $61.93 | $10,492.25 |

| For the period of 6/22/2013 to 1/18/2014 | | For the entire history of the case between 06/22/2013 to 1/18/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,554.18 | Total Compensable Receipts: | $10,554.18 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,554.18 | Total Comp/Non Comp Receipts: | $10,554.18 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $61.93 | Total Compensable Disbursements: | $61.93 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $61.93 | Total Comp/Non Comp Disbursements: | $61.93 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

CLAIM ANALYSIS REPORT

Page No:  1          Exhibit C

| | | |
|---|---|---|
| **Case No.** | 13-25634-DRC | **Trustee Name:** David E. Grochocinski |
| **Case Name:** | SHALLOW, JENNIFER L | **Date:** 1/18/2014 |
| **Claims Bar Date:** | 10/21/2013 | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI 1900 Ravinia Place Orland Park IL 60462 | 09/03/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,805.42 | $1,805.42 | $0.00 | $0.00 | $0.00 | $1,805.42 |
| | DAVID E. GROCHOCINSKI 1900 Ravinia Place Orland Park IL 60462 | 01/18/2014 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 11/08/2013 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $4.56 | $4.56 | $4.56 | $0.00 | $0.00 | $0.00 | $4.56 |
| | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 11/08/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $2,746.50 | $2,746.50 | $2,746.50 | $0.00 | $0.00 | $0.00 | $2,746.50 |
| 1 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI OH 45201-5229 | 07/15/2013 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $3,253.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (1-1) LOC7511 | | | | | | | | | | | |
| 2 | CAPITAL ONE BANK (USA), N.A. by American Info Source LP as agent PO Box 71083 Charlotte NC 28272-1083 | 08/02/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,912.96 | $6,912.96 | $0.00 | $0.00 | $0.00 | $6,912.96 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR Comenity Bank PO Box 788 Kirkland WA 98083-0788 | 08/23/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $375.10 | $375.10 | $0.00 | $0.00 | $0.00 | $375.10 |
| **Claim Notes:** | (3-1) Unsecured Debt | | | | | | | | | | | |

CLAIM ANALYSIS REPORT          Page No:  2                Exhibit C

| | |
|---|---|
| **Case No.** | 13-25634-DRC |
| **Case Name:** | SHALLOW, JENNIFER L |
| **Claims Bar Date:** | 10/21/2013 |

| | |
|---|---|
| **Trustee Name:** | David E. Grochocinski |
| **Date:** | 1/18/2014 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR Comenity Bank PO Box 788 Kirkland WA 98083-0788 | 08/23/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $619.12 | $619.12 | $0.00 | $0.00 | $0.00 | $619.12 |
| **Claim Notes:** | (4-1) Unsecured Debt | | | | | | | | | | | |
| 5 | CAPITAL ONE, N.A. c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | 09/10/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,542.01 | $1,542.01 | $0.00 | $0.00 | $0.00 | $1,542.01 |
| **Claim Notes:** | (5-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 6 | ECAST SETTLEMENT CORPORATION, ASSIGNEE of Chase Bank USA, N.A. POB 29262 New York NY 10087-9262 | 10/01/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,412.78 | $1,412.78 | $0.00 | $0.00 | $0.00 | $1,412.78 |
| **Claim Notes:** | (6-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 7 | CITIBANK, N.A. c/o American InfoSource LP PO Box 248840 Oklahoma City OK 73124-8840 | 10/16/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $948.58 | $948.58 | $0.00 | $0.00 | $0.00 | $948.58 |
| | | | | | | $19,620.28 | $16,367.03 | $0.00 | $0.00 | $0.00 | $16,367.03 |

CLAIM ANALYSIS REPORT

Page No:  3

Exhibit C

| | |
|---|---|
| **Case No.** | 13-25634-DRC |
| **Case Name:** | SHALLOW, JENNIFER L |
| **Claims Bar Date:** | 10/21/2013 |

| | |
|---|---|
| **Trustee Name:** | David E. Grochocinski |
| **Date:** | 1/18/2014 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $4.56 | $4.56 | $0.00 | $0.00 | $0.00 | $4.56 |
| Attorney for Trustee Fees (Trustee Firm) | $2,746.50 | $2,746.50 | $0.00 | $0.00 | $0.00 | $2,746.50 |
| General Unsecured § 726(a)(2) | $15,063.80 | $11,810.55 | $0.00 | $0.00 | $0.00 | $11,810.55 |
| Trustee Compensation | $1,805.42 | $1,805.42 | $0.00 | $0.00 | $0.00 | $1,805.42 |
| Trustee Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      13-25634
Case Name:     JENNIFER L SHALLOW
Trustee Name:  David E. Grochocinski

Balance on hand:                            $10,492.25

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:        $0.00
Remaining balance:                        $10,492.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $1,805.42 | $0.00 | $1,805.42 |
| InnovaLaw, PC, Attorney for Trustee Fees | $2,746.50 | $0.00 | $2,746.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $4.56 | $0.00 | $4.56 |

Total to be paid for chapter 7 administrative expenses:      $4,556.48
Remaining balance:                        $5,935.77

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:      $0.00
Remaining balance:                        $5,935.77

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:        $0.00
Remaining balance:                        $5,935.77

UST Form 101-7-TFR (5/1/2011)

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,810.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 50.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | $6,912.96 | $0.00 | $3,474.32 |
| 3 | Quantum3 Group LLC as agent for | $375.10 | $0.00 | $188.52 |
| 4 | Quantum3 Group LLC as agent for | $619.12 | $0.00 | $311.16 |
| 5 | Capital One, N.A. | $1,542.01 | $0.00 | $774.99 |
| 6 | eCAST Settlement Corporation, assignee | $1,412.78 | $0.00 | $710.04 |
| 7 | Citibank, N.A. | $948.58 | $0.00 | $476.74 |

Total to be paid to timely general unsecured claims: $5,935.77
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

UST Form 101-7-TFR (5/1/2011)