UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              §        Case No. 13-25634
                                                    §
JENNIFER L SHALLOW                                  §
                                                    §
                                                    §
                   Debtor(s)                        §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 3/7/2014, in Courtroom 240, United States Courthouse, Kane County, 100 S. Third Street, Geneva, IL 60134. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:    01/30/2014                          By:    /s/ David E. Grochocinski
                                                           Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-25634 |
| | § | |
| JENNIFER L SHALLOW | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $10,554.18
*and approved disbursements of*     $61.93
*leaving a balance on hand of[1]:*     $10,492.25

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $10,492.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $1,805.42 | $0.00 | $1,805.42 |
| InnovaLaw, PC, Attorney for Trustee Fees | $2,746.50 | $0.00 | $2,746.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $4.56 | $0.00 | $4.56 |

Total to be paid for chapter 7 administrative expenses:     $4,556.48
Remaining balance:     $5,935.77

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

|  | Remaining balance: | $5,935.77 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $5,935.77 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,810.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 50.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | $6,912.96 | $0.00 | $3,474.32 |
| 3 | Quantum3 Group LLC as agent for | $375.10 | $0.00 | $188.52 |
| 4 | Quantum3 Group LLC as agent for | $619.12 | $0.00 | $311.16 |
| 5 | Capital One, N.A. | $1,542.01 | $0.00 | $774.99 |
| 6 | eCAST Settlement Corporation, assignee | $1,412.78 | $0.00 | $710.04 |
| 7 | Citibank, N.A. | $948.58 | $0.00 | $476.74 |

|  | Total to be paid to timely general unsecured claims: | $5,935.77 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David E. Grochocinski
             Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 13-25634-DRC
Jennifer L Shallow                                                              Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon              Page 1 of 1              Date Rcvd: Jan 31, 2014
                              Form ID: pdf006            Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2014.
db          +Jennifer L Shallow,    6N550 Central Avenue,    Wood Dale, IL 60191-1453
aty         +InnovaLaw, P.C.,    1900 Ravinia Place,    Orland Park, IL 60462-3760
20639307    +CAP ONE,    26525 N RIVERWOODS BLVD,    METTAWA, IL 60045-3438
20639308    +CAP1/BSTBY,    PO BOX 5253,    CAROL STREAM, IL 60197-5253
20639310    +CHASE,    PO BOX 15298,    WILMINGTON, DE 19850-5298
20639311   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:   Citibank Usa,     CITICORP CREDIT SERVICES/ATTN:CENTRALIZE,
               PO BOX 20507,    KANSAS CITY, MO 64195)
20639312    +COMENITY BANK/BUCKLE,    ATTN: BANKRUPTCY,    P.O. BOX 182686,    COLUMBUS, OH 43218-2686
20639309    +Capital 1 Bank,    ATTN: BANKRUPTCY DEPT.,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
20826996     Capital One Bank (USA), N.A.,    by American Info Source LP as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
20971173     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20639313    +DSNB MACYS,    9111 DUKE BLVD,    MASON, OH 45040-8999
20727836   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US BANK N.A.,     BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)
20639316    +Victoria's Secret,    ATTENTION: BANKRUPTCY,    PO BOX 182125,    COLUMBUS, OH 43218-2125
21057745     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20639305    +Fax: 727-445-6301 Feb 01 2014 01:12:50      ACHIEVA CREDIT UNION,    PO BOX 2650,
               LARGO, FL 33779-2650
20639306    +E-mail/Text: ally@ebn.phinsolutions.com Feb 01 2014 00:57:07     ALLY FINANCIAL,
               200 RENAISSANCE CTR,    DETROIT, MI 48243-1300
21108523     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 01 2014 01:00:08      Citibank, N.A.,
               c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK  73124-8840
20639314    +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2014 01:12:44      GECRB/HAVERTYS,    950 FORRER BLVD,
               KETTERING, OH 45420-1469
20639315    +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 01 2014 00:57:17      KOHLS/CAPONE,
               N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-7096
20904119     E-mail/Text: bnc-quantum@quantum3group.com Feb 01 2014 00:57:43
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2014                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2014 at the address(es) listed below:
          David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    dgrochocinski@innovalaw.com, deg@trustesolutions.net
          Linda G Bal    on behalf of Debtor Jennifer L Shallow lindabal@att.net, bru.john@att.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 4
```