IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTSRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| RAFAEL GOMEZ<br>MARY ANN GOMEZ | CASE NO. 12-04101-DC |
| | JUDGE D Calendar |
| Debtor(s) | |

## APPLICATION OF TRUSTEE'S COUNSEL FOR COMPENSATION

To: The Honorable D Calendar , Bankruptcy Judge

InnovaLaw P.C., counsel for the Trustee, pursuant to 11 U.S.C. Section 330 and Federal Rule of Bankruptcy Procedure 2016, submits this Application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An Order for Relief under Chapter 7 was entered on February 6, 2012. This Court on April 27, 2012 authorized the employment of Applicant to serve as counsel for the Trustee. Counsel has received $0.00 in previous awarded compensation and reimbursement of expenses.

2. Applicant requests $ 3,149.50 in compensation for 9.90 hours of service performed for the period 4/27/2012 through 7/26/2013. A description of the nature of the services rendered by the Applicant is as follows: Applicant represented the Trustee in general administrative matters of the estate including investigation and preparation for sale of Disney Timeshare and Saratoga Springs Timeshare and correspondence and hearing on the same. In all Applicant represented the Trustee for approximately 9.90 hours in these areas.

3. Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the person who performed those services and a description of the work performed.

4. The time expected and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| KMM | .30 | $ 310.00 | $ 93.00 |
| KMM | .90 | $ 385.00 | $ 346.50 |
| AH | 1.90 | $ 300.00 | $ 570.00 |
| DEG | .80 | $ 425.00 | $ 340.00 |
| DEG | 3.60 | $ 450.00 | $ 1620.00 |

Paralegal

| | | | | | |
|---|---|---|---|---|---|
| GC | | 2.40 | $ 75.00 | $ | 180.00 |
| | | | GRAND TOTAL | $ | 3149.50 |

5.   Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

6.   At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $3,149.50 and reimbursement of actual and necessary expenses of $220.14 for legal services rendered in this case.

Dated:   February 3, 2014                          RESPECTFULLY SUBMITTED,

                                                    By: /s/David E. Grochocinski
                                                    DAVID GROCHOCINSKI, TRUSTEE
                                                    1900 RAVINIA PLACE
                                                    ORLAND PARK, IL 60462
                                                    Telephone Number: (708)-675-1975