## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-25634 |
| | § | |
| JENNIFER L SHALLOW | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $20,126.00 | Assets Exempt: | $1,685.45 |
| Total Distributions to Claimants: | $5,935.77 | Claims Discharged Without Payment: | $5,874.78 |
| Total Expenses of Administration: | $4,618.41 | | |

3) Total gross receipts of $10,554.18 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $10,554.18 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $4,618.41 | $4,618.41 | $4,618.41 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $15,063.80 | $11,810.55 | $5,935.77 |
| **Total Disbursements** | $0.00 | $19,682.21 | $16,428.96 | $10,554.18 |

4). This case was originally filed under chapter 7 on 06/22/2013. The case was pending for 10 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>04/15/2014</u>        By:   <u>/s/ David E. Grochocinski</u>
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Checking Account ending in: 7281 | 1249-000 | $10,554.18 |
| **TOTAL GROSS RECEIPTS** | | $10,554.18 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE


## EXHIBIT 3 – SECURED CLAIMS
NONE


## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $1,805.42 | $1,805.42 | $1,805.42 |
| Green Bank | 2600-000 | NA | $61.93 | $61.93 | $61.93 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $2,746.50 | $2,746.50 | $2,746.50 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $4.56 | $4.56 | $4.56 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,618.41 | $4,618.41 | $4,618.41 |


## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE


## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE


## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | US BANK N.A. | 7100-000 | $0.00 | $3,253.25 | $0.00 | $0.00 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $6,912.96 | $6,912.96 | $3,474.32 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $375.10 | $375.10 | $188.52 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $619.12 | $619.12 | $311.16 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Capital One, N.A. | 7100-000 | $0.00 | $1,542.01 | $1,542.01 | $774.99 |
| 6 | eCAST Settlement Corporation, assignee | 7100-000 | $0.00 | $1,412.78 | $1,412.78 | $710.04 |
| 7 | Citibank, N.A. | 7100-000 | $0.00 | $948.58 | $948.58 | $476.74 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $15,063.80 | $11,810.55 | $5,935.77 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    1          Exhibit 8

| | |
|---|---|
| Case No.: | 13-25634-DRC |
| Case Name: | SHALLOW, JENNIFER L |
| For the Period Ending: | 4/15/2014 |

| | |
|---|---|
| Trustee Name: | David E. Grochocinski |
| Date Filed (f) or Converted (c): | 06/22/2013 (f) |
| §341(a) Meeting Date: | 07/16/2013 |
| Claims Bar Date: | 10/21/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking Account Ending in: 7304 Location: Wells Fargo Bank | $26.76 | $0.00 | | $0.00 | FA |
| 2 | Checking Account Ending in: 8822 Location: Wells Fargo Bank | $703.69 | $0.00 | | $0.00 | FA |
| 3 | Ordinary Household Goods Location: 6N550 Central Avenue, Wood Dale IL 60191 Including: Couch, Coffee Table, Bed, 2 Dressers, 2 Night Stands, Desk & Chair, Hutch, 38" TV 6 yrs old, 19" TV 6 yrs old | $195.00 | $0.00 | | $0.00 | FA |
| 4 | Necessary Wearing Apparel Location: 6N550 Central Avenue, Wood Dale IL 60191 | $125.00 | $0.00 | | $0.00 | FA |
| 5 | Jewelry Location: 6N550 Central Avenue, Wood Dale IL 60191 Including: Thin Silver Chain Necklace, Small Diamond Stud Earrings, Costume Jewelry | $110.00 | $0.00 | | $0.00 | FA |
| 6 | Digital Camera Location: 6N550 Central Avenue, Wood Dale IL 60191 10 yrs old | $15.00 | $0.00 | | $0.00 | FA |
| 7 | 2013 Chevy Equinox Location: 6N550 Central Avenue, Wood Dale IL 60191 4,000 miles | $20,126.00 | $0.00 | | $0.00 | FA |
| 8 | Computer Equipment Location: 6N550 Central Avenue, Wood Dale IL 60191 Including: Laptop Computer 1 month old, Desktop & Printer 6 yrs old | $510.00 | $0.00 | | $0.00 | FA |
| 9 | Checking Account ending in: 7281                    (u) | $21,108.37 | $21,108.37 | | $10,554.18 | FA |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | $42,919.82 | $21,108.37 | | $10,554.18 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 13-25634-DRC | |
| **Case Name:** | SHALLOW, JENNIFER L | |
| **For the Period Ending:** | 4/15/2014 | |

| | |
|---|---|
| **Trustee Name:** | David E. Grochocinski |
| **Date Filed (f) or Converted (c):** | 06/22/2013 (f) |
| **§341(a) Meeting Date:** | 07/16/2013 |
| **Claims Bar Date:** | 10/21/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Funds turned over from bank account.

Waiting for claims bar date to expire.

Discussion with accountant re: need for returns. May be unnecessary.

Review of claims pending.

simple turnover of funds.  expect final by end of 4/14.

Final hearing set for 3/7/14

Final distributions issued.  Follow 90 days for checks to clear and to follow TDR.

TDR emailed today.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | |
| **Current Projected Date Of Final Report (TFR):** | 06/30/2014 | |

/s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 13-25634-DRC | |
| **Case Name:** | SHALLOW, JENNIFER L | |
| **Primary Taxpayer ID #:** | **-***2311 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/22/2013 | |
| **For Period Ending:** | 4/15/2014 | |

| | |
|---|---|
| **Trustee Name:** | David E. Grochocinski |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******3401 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/09/2013 | (9) | Wells Fargo | 50% Wells Fargo Checking account ending 7281 Compromise & Settlement ordered 8/16/2013 | 1249-000 | $10,554.18 | | $10,554.18 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $11.53 | $10,542.65 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $17.01 | $10,525.64 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $16.98 | $10,508.66 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $16.41 | $10,492.25 |
| 03/13/2014 | 3001 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $1,805.42 | $8,686.83 |
| 03/13/2014 | 3002 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $2,746.50 | $5,940.33 |
| 03/13/2014 | 3003 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $4.56 | $5,935.77 |
| 03/13/2014 | 3004 | Capital One Bank (USA), N.A. | Distribution on Claim #: 2; | 7100-000 | | $3,474.32 | $2,461.45 |
| 03/13/2014 | 3005 | Quantum3 Group LLC as agent for | Distribution on Claim #: 3; | 7100-000 | | $188.52 | $2,272.93 |
| 03/13/2014 | 3006 | Quantum3 Group LLC as agent for | Distribution on Claim #: 4; | 7100-000 | | $311.16 | $1,961.77 |
| 03/13/2014 | 3007 | Capital One, N.A. | Distribution on Claim #: 5; | 7100-000 | | $774.99 | $1,186.78 |
| 03/13/2014 | 3008 | eCAST Settlement Corporation, assignee | Distribution on Claim #: 6; | 7100-000 | | $710.04 | $476.74 |
| 03/13/2014 | 3009 | Citibank, N.A. | Distribution on Claim #: 7; | 7100-000 | | $476.74 | $0.00 |

| | | | | **SUBTOTALS** | $10,554.18 | $10,554.18 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 13-25634-DRC | |
| Case Name: | SHALLOW, JENNIFER L | |
| Primary Taxpayer ID #: | **-***2311 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 6/22/2013 | |
| For Period Ending: | 4/15/2014 | |

| | | |
|---|---|---|
| Trustee Name: | David E. Grochocinski |
| Bank Name: | Green Bank |
| Checking Acct #: | ******3401 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $10,554.18 | $10,554.18 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $10,554.18 | $10,554.18 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $10,554.18 | $10,554.18 | |

| For the period of  6/22/2013 to 4/15/2014 | | For the entire history of the account between 09/09/2013 to 4/15/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,554.18 | Total Compensable Receipts: | $10,554.18 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,554.18 | Total Comp/Non Comp Receipts: | $10,554.18 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10,554.18 | Total Compensable Disbursements: | $10,554.18 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $10,554.18 | Total Comp/Non Comp  Disbursements: | $10,554.18 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 13-25634-DRC | |
| Case Name: | SHALLOW, JENNIFER L | |
| Primary Taxpayer ID #: | **-***2311 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 6/22/2013 | |
| For Period Ending: | 4/15/2014 | |

| | |
|---|---|
| Trustee Name: | David E. Grochocinski |
| Bank Name: | Green Bank |
| Checking Acct #: | ******3401 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $10,554.18 | $10,554.18 | $0.00 |

**For the period of 6/22/2013 to 4/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $10,554.18 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,554.18 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,554.18 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,554.18 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/22/2013 to 4/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $10,554.18 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,554.18 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,554.18 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,554.18 |
| Total Internal/Transfer Disbursements: | $0.00 |